# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE VLADIMIR GUSINSKY REV. TRUST, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ANDEAVOR, GREGORY J. GOFF, RODNEY F. CHASE, PAUL L. FOSTER, EDWARD G. GALANTE, DAVID LILLEY, MARY PAT MCCARTHY, J.W. NOKES, WILLIAM H. SCHUMANN, III, JEFF A. STEVENS, SUSAN TOMASKY, MICHAEL E. WILEY, PATRICK Y. YANG, MARATHON PETROLEUM, MAHI INC., and MAHI LLC, <br><br> Defendants. | Case No. 1:18-cv-00927-LPS <br><br> CLASS ACTION <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff The Vladimir Gusinsky Rev. Trust ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only and without prejudice as to all others similarly situated. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice.

Dated: September 28, 2018　　　　　　**RIGRODSKY & LONG, P.A.**

　　　　　　　　　　　　　　　　　　By:　*/s/ Brian D. Long*
　　　　　　　　　　　　　　　　　　　　Brian D. Long (#4347)
**OF COUNSEL:**　　　　　　　　　　　　Gina M. Serra (#5387)
　　　　　　　　　　　　　　　　　　　　300 Delaware Avenue, Suite 1220
**RM LAW, P.C.**　　　　　　　　　　　　Wilmington, DE 19801
Richard A. Maniskas　　　　　　　　　　Telephone: (302) 295-5310
1055 Westlakes Drive, Suite 300　　　　　Facsimile: (302) 654-7530
Berwyn, PA 19312　　　　　　　　　　　Email: bdl@rl-legal.com
Telephone: (484) 324-6800　　　　　　　Email: gms@rl-legal.com
Facsimile: (484) 631-1305
Email: rm@maniskas.com　　　　　　　　*Attorneys for Plaintiff*

2